# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 19-441** |
| | : | |
| v. | : | |
| | : | |
| **WELINTON CABRERA** | : | |

## O R D E R

**AND NOW**, this 10th day of October, 2024, it is hereby **ORDERED** that the Defendant's motion for reduction of sentence [Doc. 38] is **DENIED**.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.